# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

v.

DERRICK COLEMAN

**F I L E D**
KC
November 29, 2007
NOV 2 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

MAGISTRATE JUDGE COLE

CASE NUMBER:

**07 CR     785**

UNDER SEAL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:  On or about _____March 31, 2007_____ in _____Cook_____ County, in the _____Northern_____ District of _____Illinois_____ defendant,

by force, violence, and intimidation, did take property and money, specifically approximately $15,017 in U.S. currency, belonging to, and in the care, custody, control, management, and possession of a bank, namely Chase Bank, 1849 West North Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title _18_ United States Code, Section _2113(a)_ .

I further state that I am a _Special Agent with the Federal Bureau of Investigation_ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof: _X_ Yes     ___ No

_Raul Castro_
Raul Castro, Complainant

Sworn to before me and subscribed in my presence,

_____November 29, 2007_____
Date

at ___Chicago, Illinois___
City and State

_U.S. Magistrate Judge Jeffrey Cole_
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )        SS
COUNTY OF COOK           )

## AFFIDAVIT

I, Raul Castro, first being duly sworn, state the following under oath:

      1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as such for over eighteen years. I have been assigned to the FBI's Violent Crimes Task Force for approximately two and one half months conducting investigations of bank robberies, kidnapings and other violent crimes. I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for felony offenses.

      2.     The information contained in this affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers. This affidavit serves the limited purpose of establishing probable cause that DERRICK COLEMAN robbed a Chase Bank branch in Chicago, Illinois, on or about March 31, 2007. It does not contain all of the facts known to me regarding this case.

## CHASE BANK ROBBERY INVESTIGATION

      3.     On March 31, 2007, at approximately 10:45 a.m., a man later identified as DERRICK COLEMAN (as explained in paragraphs 12-15 below) walked into a Chase Bank branch located at 1849 West North Avenue in Chicago, Illinois. After waiting in the customer line, COLEMAN approached a female teller (hereinafter referred to as "Victim A"), with a cellular telephone at his ear as if engaged in a phone conversation. COLEMAN handed Victim A a plastic bag and told her

he had a gun and that she should fill up the bag with cash quietly. COLEMAN told Victim A he wanted all large bills and that she should hurry.

4.    Another bank employee (hereinafter referred to as "Victim B"), was standing near Victim A and saw COLEMAN addressing Victim A. COLEMAN looked at Victim B and told Victim B not to move.

5.    Victim A took COLEMAN's plastic bag and filled it with cash. As she finished, COLEMAN demanded more cash, and Victim A pulled additional cash from her drawer and placed it into the bag. COLEMAN took the bag and fled the bank. Individuals inside the bank last saw COLEMAN on foot on West North Avenue near the bank.

6.    Another Chase Bank employee (hereinafter referred to as "Employee A"), was seated at the customer welcome desk near the bank's main entrance just before and during the robbery. Although she was not aware that a robbery was taking place, Employee A observed COLEMAN in the bank during the time of the robbery and made eye contact with him both when he entered the bank and when he was standing at the teller counter. Employee A learned that the bank had been robbed just after COLEMAN left the bank.

7.    A witness outside the bank (hereinafter referred to as "Witness A"), was sitting in his parked car approximately one half block away from the bank near the intersection of North Wolcott Avenue and West North Avenue. Although Witness A did not know that a bank robbery had just occurred, Witness A observed a man run past Witness A's car from behind. Witness A also observed that the man was wearing a heavy jacket on a warm day.

8.    Witness A observed the man get into a white car with a squared back end that was possibly a Ford Mustang. The white car was parked several car lengths north of Witness A. The

man got into the car and quickly drove away. Witness A watched the white car speed through a red light at the next intersection and then lost sight of the vehicle. After Chicago Police Department ("CPD") officers responded to the scene, Witness A realized that the bank may have been robbed and reported what he saw to the police.

9.      CPD officers and FBI agents interviewed several victims and witnesses inside the bank. Based on their collective descriptions, the robber was generally described as a black male, aged in his middle to late twenties, approximately 5'10" to 6 feet tall, weighing approximately 175 pounds, and wearing dark colored clothing and a multi-colored baseball cap.

10.     Following an audit, Chase Bank reported a loss from the robbery of approximately $15,017. Law enforcement officers also obtained the branch's Federal Deposit Insurance Corporation (FDIC) certificate number, and confirmed that the branch was insured by the FDIC as of March 31, 2007.

11.     Shortly after the robbery, a CPD evidence technician recovered a multi-colored baseball cap matching the description of the baseball cap COLEMAN was wearing at the time of the robbery. The cap was lying in the street between 1636 and 1638 North Wolcott Avenue, around the corner and approximately one half block from the bank. CPD law enforcement officers brought the hat inside the bank and turned it over to the FBI. During independent interviews inside the bank, Victim B and Employee A were each shown the hat and each identified it as the cap worn by the robber. The cap was later submitted to the FBI's laboratory for analysis.

## IDENTIFICATION OF DERRICK COLEMAN

12.     On or about November 21, 2007, an examiner at the FBI Laboratory reported that she had identified the DNA profile of a major contributor of DNA on the baseball cap recovered in

connection with the March 31, 2007 Chase Bank robbery. The DNA recovered from the cap was queried against known DNA profiles in a law enforcement database. The recovered DNA matched known DNA for COLEMAN, whose date of birth was reported as June 7, 1978.

13.    A review of Illinois Secretary of State records as well as state and federal criminal history records revealed that COLEMAN is a 29 year old black male born on June 7, 1978, who is approximately 6'1" tall, weighing approximately 175 lbs. An FBI law enforcement agent compared the video surveillance depicting the robber inside Chase Bank to photographs of COLEMAN and they appear to be the same person.

14.    On or about November 27, 2007, an array of photographs of six men, one of which was COLEMAN, was shown to Employee A. Employee A identified COLEMAN as the man who robbed Chase Bank on March 31, 2007. Separately, Victim B was shown the same photo array and selected COLEMAN as most closely resembling the robber of the Chase Bank, but she could not be completely certain if he was the robber. Finally, Victim A was shown the same photo array, but she could not make an identification.

15.    Records obtained from a Chicago area Dodge dealership revealed that COLEMAN purchased a 2006 white Dodge Charger on or about February 8, 2007. According to Illinois Secretary of State, the vehicle is currently registered to COLEMAN. The Dodge Charger features a squared back end, similar in style to a newer model Ford Mustang.

16.    Based on the facts set forth above, your Affiant states that there is probable cause to believe that DERRICK COLEMAN violated Title 18, United States Code 2113(a), in that he took, by force, violence or intimidation, money belonging to or in the care, custody, control, management or possession of Chase Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

Further affiant sayeth not.

_____
Raul Castro
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
this 29th day of November, 2007.

_____
Jeffrey Cole
United States Magistrate Judge

-5-