## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 785 | **DATE** | 11/29/2007 |
| **CASE TITLE** | USA vs. Derrick Coleman | | |

**DOCKET ENTRY TEXT**

Bench warrant issued as to Derrick Coleman. Government's motion to seal complaint and affidavit until 12/28/07 is granted.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:07-cr-00785   Document 3   Filed 11/29/2007   Page 1 of 1

07CR784 USA vs. Dilshod Umarov                                                                 Page 1 of 1