## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 785 - 1 | **DATE** | 12/3/2007 |
| **CASE TITLE** | USA vs. Derrick Coleman | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Derrick Coleman appears in response to arrest on 12/04/07. Defendant informed of his rights. Enter order appointing Helen Kim of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 12/07/07 at 10:00 a.m. Defendant waives his right to a preliminary examination. Enter a finding of probable cause: Order defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|