# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | FOR / AT |

**PERSON REPRESENTED** (Show your full name): Derrick Coleman

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**LOCATION NUMBER:**

**DOCKET NUMBERS**
- Magistrate:
- District Court: 07CR785-1
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

18 USC 2113(a)

FILED December 4, 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED _____ SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 30-35,000  DESCRIPTION Dodge Charger '06 (purchased $37K in Feb)

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: [scribbled out]

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| rent | | $ | $ 350 |
| phone | | $ | $ 50 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/3/07

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Derrick Coleman