UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 1 4 2007
JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 CR 785 |
| | ) | 07 GJ 1141 |
| v. | ) | |
| | ) | |
| DERRICK COLEMAN | ) | Chief Judge James F. Holderman |
| | ) | |
| | ) | **Under Seal** |
| | ) | |

### ATTACHMENT TO GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT OR FILE AN INFORMATION

1. As stated in its Motion for an Extension of Time, the government requests a brief extension of time until January 4, 2008 to return an indictment or file an information. The government requests the extension because Derrick Coleman has been cooperating with the government in its investigation into additional bank robberies about which Coleman has extensive knowledge. These additional bank robberies involved multiple suspects at multiple banks throughout the Chicago, Illinois area.

2. The government has already held two proffer sessions with Coleman, along with his attorney, and anticipates that additional proffer sessions may occur in the coming weeks. Coleman's knowledge about the additional bank robberies and the roles of the additional suspects is extensive and will take additional time to gather and investigate.

3. Thus, given the need to further investigate the information provided by Coleman, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be

sufficient. The United States estimates that an extension from the current deadline of December 27, 2007, to and including January 4, 2008, will be sufficient time within which to return an indictment in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *(signature)*

Lindsay C. Jenkins
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-0962

Dated: December 13, 2007