# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 785-1 | **DATE** | 12/07/07 |
| **CASE TITLE** | USA vs. Derrick Coleman | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|