**FILED**
**FEB 14 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE DER-YEGHIAYAN**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07 CR 785 |
| v. ) | Violations: Title 18, United States Code, |
| DERRICK COLEMAN ) | Section 2113(a) and 2. |

**MAGISTRATE JUDGE COLE**

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about February 5, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

DERRICK COLEMAN,

defendant herein, by intimidation, did take from the person and presence of a bank employee, approximately $72,982.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 6612 West North Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about February 8, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

DERRICK COLEMAN,

defendants herein, by intimidation, did take from the person and presence of a bank employee approximately $91,180.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 2310 West 95th Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 31, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### DERRICK COLEMAN,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $15,017.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 1849 West North Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 11, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

DERRICK COLEMAN,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $22,042.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 6612 West North Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT FIVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

DERRICK COLEMAN,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $6,741.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 5137 South Pulaski, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT SIX

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 27, 2007, at Melrose Park, in the Northern District of Illinois, Eastern Division,

DERRICK COLEMAN,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $10,785.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 1836 North Broadway, Melrose Park, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations contained in Counts One through Six of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Section 2113(a) as alleged in the foregoing Indictment,

DERRICK COLEMAN,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one 2006 Dodge Charger, bearing Illinois license plate number 9691635 and Vehicle Identification Number (VIN) 2BLA53H96H521779;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY