Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 785 | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA vs. Derrick Coleman | | |

**DOCKET ENTRY TEXT**

Oral motion of the Government to continued the seal until further order of the court is granted. .

| | Courtroom Deputy Initials: | CDH |
|---|---|---|