# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 785 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Derrick Coleman | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the instant action and all documents is granted. Arraignment held. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 02/28/08. Pretrial motions to be filed by 03/20/08. Responses to the pretrial motions are to be filed by 04/03/08. Status hearing set for 04/17/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 04/17/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court.    (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|