AO 442 (REV.3/92) Warrant for Arrest

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DERRICK COLEMAN

**FILED**
March 10, 2008
MAR 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 785

**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DERRICK COLEMAN**
                                                               Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment ___Information **X** Complaint ___Order of court ___Violation Notice ___Probation Violation Petition

charging him or her with    (brief description of offense)

by force, violence, and intimidation, taking property and money, specifically approximately $15,017 in U.S. currency, belonging to, and in the care, custody, control, management, and possession of a bank, namely Chase Bank, 1849 West North Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation

in violation of Title **18** United States Code, Section **2113(a)**

Jeffrey Cole
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*/s/ Jeff Cole*
Signature of Issuing Officer

Nov 29, 2007
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                   Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at STONE PARK, IL | | |
| DATE RECEIVED<br>11-29-07 | NAME AND TITLE OF ARRESTING OFFICER<br>Raul S Cassino<br>Special Agent | SIGNATURE OF ARRESTING OFFICER<br>*/s/* |
| DATE OF ARREST<br>11-30-07 | | |