# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                              Case No.: 1:07−cr−00785

                              Honorable Samuel Der−Yeghiayan

Derrick Coleman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan as to Defendant Derrick Coleman: The Court was advised by the U.S. Marshal's Office that Defendant refused to be brought to Court. Counsel for Defendant waived his clients appearance for this proceeding. Status hearing held and continued to 05/29/08 at 10:00 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 05/29/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. Defendant is warned that refusal to be produced in Court may result in an order directing the U.S. Marshal's Office to produce the Defendant in Court by using appropriate force if necessary. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.