## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.

                                           Case No.: 1:07–cr–00785
                                         Honorable Samuel Der–Yeghiayan

Derrick Coleman

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan as to Defendant Derrick Coleman: At the parties' request, status hearing reset to 08/05/08 at 9:30 a.m. Status hearing set for 07/29/08 is stricken. In the interest of justice, the Government's request to exclude time through and including 08/05/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.